IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARALD MARK GALZINSKI,<br><br>　　Petitioner,<br><br>v.<br><br>MIKE McDONALD, Warden<br><br>　　Respondent.<br>_____ | No. 2:09-cv-2251 JFM (HC)<br><br>**ORDER GRANTING**<br>**30-DAY ENLARGEMENT**<br>**OF TIME TO FILE TRAVERSE**<br>**& SUPPORTING DOCUMENTS**<br><br>Hon. John F. Moulds<br>U.S. Magistrate Judge |

　　Petitioner Harald Mark Galzinski, by and through his counsel Kent A. Russell, has requested a 30-day enlargement of time to file Petitioner's Traverse (Reply) to Respondent's Answer.

　　Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Petitioner's application for an extension of time is **granted**.

　　2. Petitioner shall file the Traverse and supporting documentation on or before **Jan. 15, 2010.**

　　Dated: December 15, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/galz2251.eot